UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN DAVID SHAPPEE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | No.  2:16-cv-1128-KJN<br><br><br><br>ORDER |

Presently pending before the court is plaintiff's motion for leave to proceed without the prepayment of fees and costs, also referred to as *in forma pauperis*, pursuant to 28 U.S.C. § 1915.[1]  (ECF No. 2.)  The affidavit in support of the motion indicates that plaintiff has a combined monthly income from retirement benefits and VA disability benefits of approximately $5,559.13 ($2,040.16 + $3,518.97), i.e., $66,709.56 annually.  According to the United States Department of Health and Human Services, the poverty guideline for a household of 2 people[2]

---

[1] This case was referred to the undersigned pursuant to E.D. Cal. L.R. 302(c)(15).

[2] Plaintiff listed his mother, Stephanie Shappee, as a person who is dependent on him for support.  Although it is not clear if plaintiff's mother actually lives in the same household as plaintiff, the court counts plaintiff's mother as a household member for present purposes.

1

not residing in Alaska or Hawaii is $16,020.00 for 2016.  See https://aspe.hhs.gov/poverty-guidelines.  Thus, plaintiff's gross household income is over 400% of the 2016 poverty guideline. Plaintiff also owns a residence valued at $267,000.00 and two motor vehicles, valued at $2,100.00 and $3,000.00, respectively.

Presently, a filing fee of $400.00 is required to commence a civil action in this court.  The court may authorize the commencement of an action "without prepayment of fees or security therefor" by a person that is unable to pay such fees or provide security therefor.  28 U.S.C. § 1915(a)(1).  Here, the court cannot find that plaintiff is unable to pay, or provide security for, the court filing fee.  To be sure, the court is sympathetic to the fact that plaintiff does not have a large income, and that plaintiff also has several expenses to contend with.  However, numerous litigants in this court have significant monthly expenditures, and may have to make difficult choices as to which expenses to incur, which expenses to reduce or eliminate, and how to apportion their income between such expenses and litigating an action in federal court.  Such difficulties in themselves do not amount to indigency.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to proceed *in forma pauperis* (ECF No. 2) is DENIED.
2. Within 28 days of this order, plaintiff shall pay the applicable filing fee.  However, the court will entertain a request for a reasonable extension of time to pay the fee should such an extension be necessary.
3. Failure to timely pay the filing fee, or timely request an extension of time to do so, may result in dismissal of the action pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED.

Dated: May 31, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE